DEBRA W. YANG
United States Attorney
STEVEN D. CLYMER
Special Assistant United States Attorney
Chief, Criminal Division
BEVERLY REID O'CONNELL (SBN: 150305)
JASON DE BRETTEVILLE (SBN: 195069)
Assistant United States Attorney
Terrorism & Organized Crime Section
1500 United States Courthouse
312 North Spring Street
Los Angeles, California 90012
Telephone: (213) 894-0600/7635
Facsimile: (213) 894-3713

Attorneys for Plaintiff
United States of America

FILED
CLERK, U.S. DISTRICT COURT
APR 2 7 2004
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Priority ____
Send ____
Enter ____
Closed ____
JS-5/JS-6 ____
JS-2/JS-3 ____
Scan Only ____

LODGED

ENTER ON ICMS
APR 2 7 2004

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 04-279-RGK |
| Plaintiff, ) | STIPULATION REGARDING CONTINUANCE OF TRIAL DATE AND EXCLUDABLE TIME; [PROPOSED] FINDINGS AND ORDER CONTINUING TRIAL TO October 26, 2004 |
| v. ) | |
| WILLIAM JENSEN COTTRELL, ) | |
| Defendant. ) | |

Plaintiff United States of America, through its attorney of record, the United States Attorney's Office for the Central District of California, and defendant William Jensen Cottrell, by and through his counsel of record, Marvin Rudnick, Esq. and W. Michael Mayock, Esq. hereby agree and stipulate and request that the Court find the following:

1.    On March 8, 2004, a complaint was filed charging defendant William Jensen Cottrell with arson and conspiracy to commit arson, in violation of 18 U.S.C. § 844.

2.    Defendant William Jensen Cottrell first appeared in this district before the Honorable Carolyn Turchin, United States



Magistrate Judge for the Central District of California, on March 9, 2004.

3.    On March 16, 2004 an indictment was returned, charging defendant William Jensen Cottrell with multiple counts of arson, conspiracy to commit arson, and possession of a destructive device in connection with a crime of violence, in violation of 18 U.S.C. §§ 844(i), 844(n), and 924(c).  On March 29, 2004, defendant William Jensen Cottrell was arraigned on the indictment.

4.    Accordingly, the Speedy Trial Act of 1974, 18 U.S.C. § 3161 et seq., originally required that the trial as to defendant William Jensen Cottrell commence on or before May 25, 2004.

5.    Trial is currently scheduled to commence on May 11, 2004.

6.    On or about April 5, 2004 through April 16, 2004, the government produced over 485 pages of discovery in the above entitled matter, as well as over 22 computer disks which contain additional discovery.  In addition, the government is in the process of moving the court to unseal numerous search warrants in this matter.  The government also has moved the court for an order to obtain DNA samples from defendant William Jensen Cottrell for testing.

7.    The parties now request a continuance of the trial date to October 26, 2004, to allow defense counsel to conduct further investigation, prepare any pretrial motions, review discovery, including any computer evidence, and adequately prepare for trial, in the exercise of due diligence.

2

8.    The parties agree and stipulate that the trial should be continued to October 26, 2004.  Accordingly, the parties request that the court find the following:

a.    The parties are requesting this continuance because they believe that additional time is needed to properly prepare the case for trial.  In particular, defendant requires additional time to review materials produced, review computer evidence, and determine what, if any pretrial motions to bring.

b.    Defense counsel represents that: (1) he has conferred with defendant William Jensen Cottrell regarding a continuance of the trial date and has advised defendant of his rights under the Speedy Trial Act; (2) defendant William Jensen Cottrell understands the ramifications of requesting the above continuance; (3) defendant consents to a continuance of the trial date; and (4) defendant concurs in defense counsel's execution of this stipulation. .

c.    The parties believe that failure to grant the above-requested continuance of the trial date would deny defense counsel and defendant William Jensen Cottrell the reasonable time necessary for effective preparation taking into account the exercise of due diligence.

d.    Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the date prescribed by the Speedy Trial Act.

e.    For purposes of computing time under the Speedy Trial Act, 18 U.S.C. §§ 3161, et seq., within which trial must commence, the time period of May 11, 2004 to October 26, 2004,

3

should be deemed excludable pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv) as the requested continuance is necessary to allow the reasonable time necessary for the effective preparation of a defense or most favorable resolution of the case, taking into account the exercise of due diligence.

f.    The parties agree and stipulate and request that the Court find that nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which trial must commence and that the continuance is not based on congestion of the Court's calendar nor on the lack of diligence on the part of the attorney for the government or the defense.

9.    Based on the above-stated findings, the ends of justice served by continuing the case until October 26, 2004, as requested outweigh the interest of the public and the defendant

//
//
//
//
//
//
//
//
//
//
//
//

4

in a trial within the original date prescribed by the Speedy Trial Act.

IT IS SO STIPULATED.                DEBRA W. YANG
                                    United States Attorney


___4/21/04_____           _____
Date                                BEVERLY REID O'CONNELL
                                    JASON DE BRETTEVILLE
                                    Assistant United States Attorneys


___4/21/04_____           _____
Date                                W. MICHAEL MAYOCK, ESQ.

                                    Attorney for Defendant
                                    WILLIAM JENSEN COTTRELL


___4/21/04_____           _____
Date                                WILLIAM JENSEN COTTRELL


                              O R D E R

IT IS FOUND AND ORDERED this _26th_ day of April, 2004.  The trial in this matter is continued to October 26, 2004 AT 9:00 a.m.


                                    _____
                                    HONORABLE R. GARY KLAUSNER
                                    UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I, <u>Tonia Johnson</u>, declare:

That I am a citizen of the United States and resident or employed in Los Angeles County, California; that my business address is the Office of United States Attorney, United States Courthouse, 312 North Spring Street, Los Angeles, California 90012; that I am over the age of eighteen years, and am not a party to the above-entitled action;

That I am employed by the United States Attorney for the Central District of California who is a member of the Bar of the United States District Court for the Central District of California, at whose direction I served a copy of:

**STIPULATION REGARDING CONTINUANCE OF TRIAL DATES AND EXCLUDABLE TIME; PROPOSED] FINDINGS AND ORDER CONTINUING TRIAL TO OCTOBER 26, 2004**
service was:

[ ] Placed in a closed envelope, for collection and interoffice delivery addressed as follows:

[X] Placed in a sealed envelope for collection and mailing via United States Mail, addressed as follows:

**W. Michael Mayock, Esq.**
**35 South Raymond Avenue, #400**
**Pasadena, CA 91105**

[ ] By hand delivery addressed as follows:

[ ] By facsimile as follows:

[ ] By messenger as follows:

[ ] By federal express as follows:

This Certificate is executed on **April 23, 2004**, at Los Angeles, California.

I certify under penalty of perjury that the foregoing is true and correct.

_____
TONIA L. JOHNSON