# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

✓ P-Send

**CRIMINAL MINUTES - ARRAIGNMENT**

Case Number: <u>2:04CR279(A)RGK</u>          Recorder: <u>CS 10/18/04</u>          Date: <u>10/18/2004</u>

Present: The Honorable <u>Paul Game, Jr.</u>, U.S. Magistrate Judge

Court Clerk: <u>Linda Jackson Williams & Cindy De La Torre</u>   Assistant U.S. Attorney: <u>Beong-Soo Kim/Kevin Rosenberg</u>

| United States of America v. | Attorney Present for Defendant(s) | Language | Interpreter |
|---|---|---|---|
| **WILLIAM JENSEN COTTRELL** | W. Michael Mayock | | |
| Custody-Present | RETAINED - Present | | |

**PROCEEDINGS: ARRAIGNMENT OF DEFENDANT(S) AND ASSIGNMENT OF CASE.**

Defendant is arraigned and states true name is <u>as charged</u> .

Defendant is given a copy of the FIRST SUPERSEDING INDICTMENT, acknowledges receipt of a copy and waives reading thereof.

Court orders this case <u>previously assigned</u> to the calendar of U.S. District Judge <u>R. Gary Klausner</u> for/and <u>further orders jury trial set for</u> <u>October 26, 2004 at 9:00 a.m.</u> Defendant and his/her counsel are ordered to appear before said judge at the date and time indicated.

Other: Defendant Cottrell would not plead to the first superseding indictment. Court enters "not guilty" plea to the FIRST SUPERSEDING INDICTMENT for defendant William Jensen Cottrell.

Initials of Deputy Clerk: <u>ljw</u>

cc: PSA, Statistics Clerk, USM LA



ENTER ON ICMS

OCT 2 0 2004