Priority ____
Send ✓
Enter ____
Closed ____
JS-5/JS-6 ____
JS-2/JS-3 ____
Scan Only ____

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - GENERAL

| | | |
|---|---|---|
| Case No. | CR 04-279(A)-RGK | Date   April 18, 2005 |

Present: The Honorable   R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE

Interpreter   None

| Sharon L. Willliams | Lynne Smith | Beverly Reid O'Connell<br>Jason De Bretteville |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| WILLIAM JENSEN COTTRELL | | X | X | W. Michael Mayock<br>Marvin Rudnick | X<br>X | | X<br>X |

ENTER ON JCMS
APR. 2 0 2005

**Proceedings:**   SENTENCING AND DEFENDANT'S MOTION FOR TEN DAYS CREDIT FOR EACH DAY SERVED AT SAN BERNARDINO COUNTY JAIL

Court and counsel confer. Counsel address the Court. One of the identified victims addresses the Court. Defendant addresses the Court. Court proceeds with sentencing.

It is ordered that the defendant shall pay to the United States a special assessment of $800.

It is ordered that the defendant shall pay restitution in the total amount of $3,583,544 pursuant to 18 USC 3663A. The amount of restitution ordered shall be paid as set forth on the list attached to the judgment. If the defendant makes a partial payment, each payee shall receive approximately proportional payment unless another priority order or percentage payment is specified in this judgment. Restitution shall be due during the period of imprisonment, as directed by the Court or the United States Attorney, and pursuant to the Bureau of Prisons' Inmate Financial Responsibility Program. If any amount of the restitution remains unpaid after release from custody, nominal monthly payments of at least $1,000 shall be made during the period of supervised release. These payments shall begin 30 days after the commencement of supervision. Nominal restitution payments are ordered as the Court finds that the defendant's economic circumstances do not allow for either immediate or future payment of the amount ordered. Pursuant to 18 USC 3612(f)(3)(A), interest on the restitution ordered is waived because the defendant does not have the ability to pay interest. Payments may be subject to penalties for default and delinquency pursuant to 18 USC 3612(g). The defendant shall be held jointly and severally liable with any convicted co-participants for the amount of restitution ordered in this judgment.

Pursuant to Section 5E1.2(e) of the Guidelines, all fines are waived as it is found that the defendant does not have the ability to pay a fine in addition to restitution.

Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that the defendant, William Jensen Cottrell, is hereby committed on Counts 1 through 8 of the First Superseding Indictment to the custody of the Bureau of Prisons to be imprisoned for a term of 100 months. This term consists of 100 months on each of Counts 1 through 8 of the First Superseding Indictment, to be served concurrently.

Upon release from imprisonment, the defendant shall be placed on supervised release for a term of three years. This term consists of three years on each of Counts 1 through 8, all such terms to run concurrently under the following terms and conditions:

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - GENERAL

1. The defendant shall comply with the rules and regulations of the U.S. Probation Office and General Order 318;

2. During the period of community supervision the defendant shall pay the special assessment and restitution in accordance with this judgment's orders pertaining to such payment; and

3. The defendant shall cooperate in the collection of a DNA sample from the defendant.

Defendant's motion for ten days credit for each day served at San Bernardino County Jail is denied.

**IT IS SO ORDERED.**

Initials of Deputy Clerk    slw

cc: Fiscal
    PSA - LA
    USPO
    USM - LA